### ROSS v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit.
January 17, 1928.

No. 5041.

Poisons ⚖=4—Conviction for failure to register held not sustained as to one purchasing narcotics from unstamped package.

Mere purchase by defendant of narcotics in or from an unstamped package held not to sustain conviction for carrying on business in narcotics by one required to register, since one who buys or sells narcotics from unstamped packages need not register.

In Error to the District Court of the United States for the Western District of Tennessee; Harry B. Anderson, Judge.

Dr. Anderson Ross was convicted of an offense, and he brings error. Affirmed.

B. F. Booth, of Memphis, Tenn., for plaintiff in error.

Lindsay B. Phillips, U. S. Atty., of Memphis, Tenn.

Before DENISON and MOORMAN, Circuit Judges, and TUTTLE, District Judge.

PER CURIAM. The conviction on the first count cannot be sustained. It sufficiently alleges carrying on the business of selling by one who was required to register and who had not; but the proof tended to show nothing except the purchase by respondent of narcotics in or from an unstamped

package. One who only buys or sells in or from unstamped packages is not required to register. Weaver v. U. S. (C. C. A.) 15 F. (2d) 38; Martin v. U. S. (C. C. A.) 20 F. (2d) 785.

The second count is good. There was substantial evidence to go to the jury. The sentence did not exceed that imposable under the second count. It is affirmed.